IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

MARK L. LAREAU

                Plaintiff,                JUDGMENT IN A CIVIL CASE

  v.

                                            Case No. 14-cv-611-bbc

CAROLYN W. COLVIN,
Acting Commissioner of Social Security

              Defendant.

---

      This action came for consideration before the court with District Judge Barbara B. Crabb presiding.  The issues have been considered and a decision has been rendered.

---

      IT IS ORDERED AND ADJUDGED that judgment is entered awarding Meredith Marcus attorney fees in the amount of $5,635 and costs in the amount of $175 under the Equal Access to Justice Act, 28 U.S.C. § 2412.

 

| s/ V. Olmo, Deputy Clerk | 8/17/2015 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |