IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

MARK LAREAU,                                                                    ORDER

      Plaintiff,                                                                  14-cv-611-bbc

  v.

NANCY A. BERRYHILL,
Acting Commissioner of Social Security
Administration,

      Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      Meredith Marcus, counsel for plaintiff Mark Lareau, has moved for authorization of attorney fees for her representation of plaintiff. Counsel is seeking $31,095 under the 42 U.S.C. §§ 206(b)(1) and 406(b)(1). Defendant Nancy Berryhill, Acting Commissioner of the Social Security Administration, does not oppose plaintiff's counsel's request. Accordingly, I am granting plaintiff's counsel's motion.

      After counsel for the parties veries that plaintiff owes no pre-existing debt subject to offset, defendant shall pay $31,095 to counsel in accordance with the assignment executed by plaintiff and her counsel. Thereafter, counsel shall refund the EAJA fee of $5,635.00 to plaintiff for work done before the Administrative Law Judge.

ORDER

IT IS ORDERED that plaintiff Mark Lareau's motion for attorney fees in the amount of $31,095.00, dkt. #29, is GRANTED.

Entered this 1st day of May, 2017.

BY THE COURT:

/s/
_____
BARBARA B. CRABB
District Judge