IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MARK LAREAU,

        Plaintiff,

v.

NANCY A. BERRYHILL,
Acting Commissioner of Social Security

        Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 14-cv-611-bbc

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered awarding plaintiff's representative, Meredith Marcus, attorney fees in the amount of $31,095.00 under § 206(b)(1) of the Social Security Act, 42 U.S.C. 406(b)(1).

| s/ V. Olmo, Deputy Clerk | 5/03/2017 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |